**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andres Marcos TREJO, Defendant–Appellant.**

**No. 12–30163.**

United States Court of Appeals, Ninth Circuit.

---

Submitted April 9, 2013.*

Filed April 16, 2013.

Ann Wick, Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Dennis Michael Charney, Charney & Associates, Eagle, ID, for Defendant–Appellant.

Before: D.W. NELSON, TASHIMA and CALLAHAN, Circuit Judges.

MEMORANDUM **

Trejo appeals his 46–month sentence for one count of distribution of methamphetamine. This appeal does not fall within an exception to the appellate wavier contained in Trejo's guilty plea. Moreover, the government did not breach the plea agreement. Accordingly, we dismiss this appeal.

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.